IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER CARUSONE,** | : | Civil No. 1:16-cv-1944 |
| **Plaintiff,** | : | |
| v. | : | |
| **KATHLEEN KANE, RENEE MARTIN, DAVID PEIFER, BRADEN COOK, and WILLIAM NEMETZ** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss the amended complaint (Doc. 20) is granted in part and denied in part as follows:

1) The motion is **GRANTED** as to Count II, which is dismissed **WITH PREJUDICE**.

2) The motion is **DENIED** as to Count I.

                                                     s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: November 9, 2017